# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS ) <br> HEALTH AND WELFARE TRUST ) <br> FUND, CARPENTERS PENSION ) <br> FUND OF ILLINOIS, CARPENTERS ) <br> RETIREMENT SAVINGS FUND ) <br> OF ILLINOIS, HEARTLAND ) <br> HEALTHCARE FUND, ) <br>    ) <br>    Plaintiffs, ) <br>    ) <br>    v. ) <br>    ) <br> PRECISION ATHLETIC ) <br> FLOORING, LLC, ) <br>    ) <br>    Defendant. ) | Civil No. 14-3214 |

## OPINION ENTERING DEFAULT JUDGMENT

SUE E. MYERSCOUGH, U.S. District Judge:

This cause comes before the Court on Plaintiffs' Amended Motion for Final Default Judgment against Defendant Precision Athletic Flooring, LLC (d/e 21). The Court has reviewed Plaintiffs' Memorandum in Support (d/e 22), all of the exhibits attached thereto.  The Motion (d/e 21) is GRANTED and the Motion (d/e 17) is DENIED as moot.

IT IS HEREBY ORDERED THAT default judgment is entered in favor of Plaintiffs and against Defendant Precision Athletic Flooring, LLC as follows:  Judgment is entered in favor of the Plaintiffs, Carpenters Pension Fund of Illinois and Carpenters Retirement Savings Fund of Illinois, for audit liability in the amount of $12,881.22[1]; interest in the amount of $4,690.00 (representing $2,345.00 in interest and from both 29 U.S.C. § 1132(g)(2)(B) and 29 U.S.C. § 1132(g)(2)(C)(i)); balance statement in the amount of $547.30; and in favor of Carpenters Pension Fund of Illinois, Carpenters Retirement Savings Fund of Illinois and Heartland Healthcare Fund, for attorneys' fees and costs in the amount of $5,817.75.  Judgment is entered in favor of Plaintiff Central Illinois Carpenters Health and Welfare Trust Fund for audit liability in the amount of $8,230.07; shortage of $100.40; interest in the amount of $1,096.43; liquidated damages of $1,982.72 (representing 20% liquidated damages in the amount of $1,646.12 and balance statement in the amount of $336.60); and attorneys' fees and costs in the amount of $4,439.50.

---

[1] Plaintiffs' documents request $12,881.29, but the audit actually stated $12,881.22.  See Ex. 1, d/e 18-1 at 5.

IT IS SO ORDERED.

ENTER: September 16, 2015.

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE
